**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **SHAWN MARTIN** | **CIVIL ACTION** |
| **versus** | **NO. 15-4650** |
| **N. BURL CAIN** | **SECTION:  "F"(1)** |

### O R D E R

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file any objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion.  Accordingly,

**IT IS ORDERED** that the federal application for *habeas corpus* relief filed by Shawn Martin is **DISMISSED WITHOUT PREJUDICE**.

New Orleans, Louisiana, this  26th  day of _____ May _____, 2017.

_____
**UNITED STATES DISTRICT JUDGE**