UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA


SHAWN MARTIN                                    *          CIVIL ACTION


VERSUS                                          *          NO. 15-4650


N. BURL CAIN                                    *          SECTION "F"(1)


CERTIFICATE OF APPEALABILITY

Having separately issued a final order in connection with the captioned habeas corpus proceeding, in which the detention complained of arises out of process issued by a state court, the Court, after considering the record and the requirements of 28 U.S.C. § 2253 and Fed. R. App. P. 22(b), hereby orders that,

_____ a certificate of appealability shall be issued having found that petitioner has made a substantial showing of the denial of a constitutional right related to the following issues:

_____

_____

_____

_____

____x_____ a certificate of appealability shall not be issued for the following reason(s):

1

> The petitioner has failed to make a substantial showing of the denial of a constitutional right. The petitioner has failed to show that reasonable jurists could debate whether the motion should have been resolved in a different manner or that the issues presented were adequate to deserve encouragement to proceed further. See Order dated May 26, 2017, in which the Court adopted the magistrate judge's May 1, 2017 Report & Recommendations that the plaintiff's federal application for habeas corpus is dismissed with prejudice.

New Orleans, Louisiana, this __30th__ day of _____May_____, 2017.


_____
UNITED STATES DISTRICT JUDGE